JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Temecula Valley Unified School District,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Wendy Housman, et al.,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. EDCV 19-293 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrent herewith, Summary Judgment is GRANTED in favor of Defendants Wendy Housman and Erin Larkin. Plaintiff Temecula Valley Unified School District's complaint against Defendants is DISMISSED.

　　Judgment is entered in favor of Defendants.

Dated: April 24, 2020

　　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　United States District Judge